IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 4:17CB3003 |
| vs. | VIOLATION NOTICE: 6364426 |
| DANIEL S. ROUCH, | ORDER |
| Defendant. | |

Upon motion of the government, this matter shall be continued to April 6, 2017 at 8:30 a.m.

February 22, 2017.

BY THE COURT:

_____
Cheryl R. Zwart
United States Magistrate Judge