IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| USA, | |
|---|---|
| Plaintiffs, | **4:17CB3003** |
| vs. | |
| DANIEL S. ROUCH, | **ORDER** |
| Defendants. | |

On June 1, 2017, the court ordered Defendant to appear before the court and show cause why he should not be held in contempt for failing to make his fine payments as scheduled. Defendant did not appear and he remains in arrears on those payments. Defendant is in contempt.

Accordingly,

IT IS ORDERED:

1) A show cause hearing will be held before Cheryl R. Zwart, United States Magistrate Judge, in Courtroom 2, United States Courthouse, Lincoln, Nebraska on August 3, 2017 at 8:30 a.m., at which time Defendant shall show cause, if any, why Defendant should not be held in contempt for failing to comply with this court's order requiring payments of his court-ordered fine.

2) Failure to appear before the court as scheduled **will** result in Defendant's immediate arrest.

3) The clerk shall mail a copy of this order by both first class and certified mail, return receipt requested, to Defendant at 2325 N Broadwell Ave, Apt 105, Grand Island, NE 68803.

July 6, 2017.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge